**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOHN VOLTARELLI,<br>　　　　　Plaintiff,<br>　　v.<br>IMMACULATA UNIVERSITY,<br>　　　　　Defendant. | CIVIL ACTION NO. 21-1068 |

## ORDER

**AND NOW,** this 8th day of December 2021, upon consideration of Defendant's Motion to Dismiss [Doc. No. 5] and opposition thereto, it is hereby **ORDERED** that Defendant's Motion is **GRANTED**. Plaintiff's claims are **DISMISSED without prejudice**. It is further **ORDERED** that Plaintiff may file an amended complaint no later than **January 7, 2022**. If Plaintiff does not file an amended complaint, the case will be closed.

　　It is so **ORDERED.**

　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　**/s/ Cynthia M. Rufe**
　　　　　　　　　　　　　　　　　　　　————————————
　　　　　　　　　　　　　　　　　　　　**CYNTHIA M. RUFE, J.**