IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN VOLTARELLI,<br><br>            Plaintiff,<br><br>    v.<br><br>IMMACULATA UNIVERSITY,<br><br>            Defendant. | CIVIL ACTION NO. 21-1068 |

## ORDER

**AND NOW,** this 14th day of July 2022, upon consideration of Defendant's Second Motion to Dismiss [Doc. No. 13] and the related briefing, it is hereby **ORDERED** that the Motion is **GRANTED in part** and **DENIED in part**, as follows:

1. Defendant's motion to dismiss Plaintiff's breach of contract claim is **GRANTED** with respect to Defendant's grading policy, handbook provision concerning the resolution of issues, and handbook provision regarding the final grading decision for a student's practicum, and Defendant's motion is **DENIED** with respect to the handbook provision concerning the SRC.

2. Defendant's motion to dismiss Plaintiff's common law due process, promissory estoppel, and *quantum meruit* claims is **GRANTED**.

3. Defendant shall file its answer within 14 days.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**